■ In the Matter of the Appointment of a Committee of the Property of LUCIENNE WUILLAMEY, an Aged Person. LUCIENNE WUILLAMEY et al., Appellants; ALBERT A. RAPPORT, Respondent.— Order settled. Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ., concur.